(75 South. 1006)

LONG v. CHITWOOD. (7 Div. 454.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Circuit Court, De Kalb County;

W. W. Haralson, Judge. Action between J. H. P. Long and A. P. Chitwood. From the judgment, Long appeals. Affirmed. Hunt & Wolfes, of Ft. Payne, for appellee.

BRICKEN, J. This case is submitted on motion to affirm on certificate. The judgment was rendered in favor of appellee on the 18th day of August, 1916, and the appeal from said judgment was taken on the 15th day of November, 1916. No transcript having been filed in this case as required by law, the judgment of the lower court, upon motion of the appellee, is affirmed on certificate. Affirmed.